Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–12291–ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Blair
aka Eric T. Blair
106 Grant Avenue
Moorestown, NJ 08057

Melissa Blair
aka Melissa J. Blair, aka Melissa J. Passarelli
106 Grant Avenue
Moorestown, NJ 08057

Social Security No.:
xxx–xx–1107
xxx–xx–4567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:       July 21, 2020
Time:       10:00 AM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 106 Grant Avenue, Moorestown, New Jersey 08057. Fee Amount $ 181. filed by Creditor Pingora Loan Servicing, LLC, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 06/30/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Andrew Thomas Archer on behalf of Eric Blair, Melissa Blair. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: June 26, 2020
JAN: bed

Jeanne Naughton
Clerk