Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

                        Case No.:  18−12291−ABA
                        Chapter:  13
                        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Eric Blair                                               Melissa Blair
   aka Eric T. Blair                              aka Melissa J. Blair, aka Melissa J.
   106 Grant Avenue                         Passarelli
   Moorestown, NJ 08057              106 Grant Avenue
                                                       Moorestown, NJ 08057

Social Security No.:
   xxx−xx−1107                                   xxx−xx−4567

Employer's Tax I.D. No.:

## NOTICE OF HEARING

     NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Andrew B. Altenburg Jr. on

Date:                 July 21, 2020
Time:                10:00 AM
Location:       Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*63* − Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:46 Motion for Relief from Stay re: 106 Grant Avenue, Moorestown, New Jersey 08057. Fee Amount $ 181. filed by Creditor Pingora Loan Servicing, LLC, 53 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MidFirst Bank. Objection deadline is 06/30/2020. (Attachments: # 1 Exhibit "A" # 2 Exhibit "B" # 3 Proposed Order # 4 Certificate of Service) filed by Creditor MidFirst Bank) filed by Andrew Thomas Archer on behalf of Eric Blair, Melissa Blair. (Archer, Andrew)

and transact such other business as may properly come before the meeting.

Dated: June 26, 2020
JAN: bed

                                                                                                                Jeanne Naughton
                                                                                                                Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Eric Blair  
Melissa Blair  
    Debtors

Case No. 18-12291-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 1      Date Rcvd: Jun 26, 2020  
                   Form ID: 173      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2020.  
db/jdb      +Eric Blair,    Melissa Blair,    106 Grant Avenue,    Moorestown, NJ 08057-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2020 at the address(es) listed below:

       Alexandra T. Garcia    on behalf of Creditor    Pingora Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Andrew L. Spivack    on behalf of Creditor    LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
       Andrew Thomas Archer    on behalf of Joint Debtor Melissa Blair aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Andrew Thomas Archer    on behalf of Debtor Eric Blair aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com  
       Brett W. Wiltsey    on behalf of Creditor Brett Wiltsey Esq.    City Gloucester City bwiltsey@dilworthlaw.com, cct@dilworthlaw.com  
       Charles H. Jeanfreau    on behalf of Creditor    USAA Federal Savings Bank charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
       Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
       Elizabeth L. Wassall    on behalf of Creditor    EVOLVE BANK AND TRUST ewassall@logs.com, njbankruptcynotifications@logs.com  
       Francis T. Tarlecki    on behalf of Creditor    Pingora Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
       Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
       John R. Morton, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
       Marisa Myers Cohen    on behalf of Creditor    Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com  
       Melissa S DiCerbo    on behalf of Creditor    Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
       Nicholas V. Rogers    on behalf of Creditor    FLAGSTAR BANK, FSB nj.bkecf@fedphe.com  
       Phillip Andrew Raymond    on behalf of Creditor    Selene Finance LP phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                 TOTAL: 17