| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Denise Carlon, Esquire<br>KML Law Group, P.C.<br>216 Haddon Avenue, Suite 406<br>Westmont, NJ 08108<br>Main Phone: 609-250-0700<br>dcarlon@kmllawgroup.com<br>Attorneys for Secured Creditor<br>MidFirst Bank | **Order Filed on July 28, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey**<br><br>Case No.: 18-12291 ABA |
| In Re:<br>    Eric Blair<br><br>Debtors. | Adv. No.:<br>Hearing Date: 7/21/2020 @ 10:00 a.m.<br>Judge: Andrew B. Altenburg Jr. |

## ORDER RESOLVING CERTIFICATION OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: July 28, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtors:  Eric Blair
Case No:  18-12291 ABA
Caption of Order:  ORDER CURING ARREARS & RESOLVING CERTIFICATION OF DEFAULT
_____

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, MidFirst Bank, Denise Carlon, Esq. appearing, upon a certification of default as to real property located at 106 Grant Avenue, Moorestown, NJ 08057, and it appearing that notice of said certification was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Andrew Thomas Archer, attorney for Debtors, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of July 15, 2020, Debtor is due for payment of August 1, 2020; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume August 1, 2020, directly to Secured Creditor care of its servicer, MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118 (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtors' Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtors shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtors, and Debtors' counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 in an amount to be included in a post-petition fee notice for attorneys' fees, which is to be paid through Debtors' Chapter 13 plan and certification of default is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Eric Blair  
Melissa Blair  
    Debtors

Case No. 18-12291-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 1     Date Rcvd: Jul 28, 2020  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2020.  
db/jdb        +Eric Blair,   Melissa Blair,   106 Grant Avenue,   Moorestown, NJ 08057-1519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                             TOTAL: 0

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2020                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2020 at the address(es) listed below:

          Alexandra T. Garcia    on behalf of Creditor     Pingora Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
          Andrew L. Spivack    on behalf of Creditor     LAKEVIEW LOAN SERVICING, LLC nj.bkecf@fedphe.com  
          Andrew Thomas Archer    on behalf of Joint Debtor Melissa  Blair aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
          Andrew Thomas Archer    on behalf of Debtor Eric  Blair aarcher@spillerarcherlaw.com, bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com  
          Brett W. Wiltsey    on behalf of Creditor Brett Wiltsey Esq.  City Gloucester City bwiltsey@dilworthlaw.com, cct@dilworthlaw.com  
          Charles H. Jeanfreau    on behalf of Creditor     USAA Federal Savings Bank charles.jeanfreau@mccalla.com, BNCmail@w-legal.com  
          Denise E. Carlon    on behalf of Creditor     MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
          Elizabeth L. Wassall    on behalf of Creditor     EVOLVE BANK AND TRUST ewassall@logs.com, njbankruptcynotifications@logs.com  
          Francis T. Tarlecki    on behalf of Creditor     Pingora Loan Servicing, LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com  
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com  
          John R. Morton, Jr.    on behalf of Creditor     Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com  
          Marisa Myers Cohen    on behalf of Creditor     Pingora Loan Servicing, LLC ecfmail@ecf.courtdrive.com, jhillier@mwc-law.com  
          Melissa S DiCerbo    on behalf of Creditor     Pingora Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com  
          Nicholas V. Rogers    on behalf of Creditor     FLAGSTAR BANK, FSB nj.bkecf@fedphe.com  
          Phillip Andrew Raymond    on behalf of Creditor     Selene Finance LP phillip.raymond@mccalla.com, mccallaecf@ecf.courtdrive.com  
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                   TOTAL: 17