Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-12291 (ABA)

Eric Blair and Melissa Blair  
106 Grant Avenue  
Moorestown, NJ  08057

Monthly Payment: $770.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/07/2022 | $770.00 | 02/02/2022 | $770.00 | 03/07/2022 | $770.00 | 04/01/2022 | $770.00 |
| 05/02/2022 | $770.00 | 06/02/2022 | $775.00 | 07/11/2022 | $775.00 | 08/05/2022 | $770.00 |
| 09/01/2022 | $770.00 | 10/03/2022 | $770.00 | 11/02/2022 | $775.00 | 12/01/2022 | $775.00 |
| 12/29/2022 | $775.00 | | | | | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ERIC BLAIR | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $2,810.00 | $2,810.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $0.00 |
| 0 | ANDREW T. ARCHER, ESQUIRE | 13 | $400.00 | $400.00 | $0.00 | $400.00 |
| 1 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $696.75 | $0.00 | $0.00 | $0.00 |
| 2 | CAMDEN COUNTY MUA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | CAPITAL ONE BANK USA, N.A. | 33 | $8,605.21 | $0.00 | $0.00 | $0.00 |
| 4 | MERRICK BANK | 33 | $3,220.62 | $0.00 | $0.00 | $0.00 |
| 5 | MIDFIRST BANK | 24 | $32,007.78 | $30,976.16 | $1,031.62 | $7,837.95 |
| 6 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | NELNET | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | CITY OF GLOUCESTER CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CITY OF GLOUCESTER CITY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | LVNV FUNDING, LLC | 33 | $1,087.69 | $0.00 | $0.00 | $0.00 |
| 11 | LYONS, DOUGHTY & VELDHUIS, P.C. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | MCCABE, WEISBERG & CONWAY, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | MIDLAND FUNDING, LLC | 33 | $518.26 | $0.00 | $0.00 | $0.00 |
| 14 | EVOLVE BANK & TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | MIDLAND FUNDING, LLC | 33 | $814.82 | $0.00 | $0.00 | $0.00 |
| 16 | NJCC FUND #5 TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SETON HALL UNIVERSITY | 33 | $4,369.00 | $0.00 | $0.00 | $0.00 |
| 18 | STATE OF NEW JERSEY | 33 | $330.74 | $0.00 | $0.00 | $0.00 |
| 19 | QUANTUM3 GROUP, LLC | 33 | $1,607.80 | $0.00 | $0.00 | $0.00 |
| 20 | QUANTUM3 GROUP, LLC | 33 | $2,076.03 | $0.00 | $0.00 | $0.00 |
| 21 | TD BANK USA, N.A. | 33 | $1,305.82 | $0.00 | $0.00 | $0.00 |
| 22 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | USAA FEDERAL SAVINGS BANK | 33 | $6,609.79 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 24 | U.S. DEPARTMENT OF EDUCATION | 33 | $678.01 | $0.00 | $0.00 | $0.00 |
| 25 | USAA FEDERAL SAVINGS BANK | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | WEBBANK/GETTINGTON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | WELLS FARGO BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | WELLS FARGO BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | ANDREW THOMAS ARCHER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | MELISSA BLAIR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | MIDLAND FUNDING, LLC | 33 | $6,998.68 | $0.00 | $0.00 | $0.00 |
| 33 | MIDLAND FUNDING, LLC | 33 | $671.56 | $0.00 | $0.00 | $0.00 |
| 34 | COMENITY BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | USAA FEDERAL SAVINGS BANK | 33 | $3,359.26 | $0.00 | $0.00 | $0.00 |
| 36 | USAA FEDERAL SAVINGS BANK | 33 | $3,131.71 | $0.00 | $0.00 | $0.00 |
| 37 | WELLS FARGO BANK, N.A. | 33 | $2,015.40 | $0.00 | $0.00 | $0.00 |
| 38 | STATE OF NEW JERSEY | 24 | $922.40 | $892.67 | $29.73 | $225.89 |
| 39 | BILL ME LATER, INC AS SERVICER FOR SYNCHRONY BANK | 33 | $2,147.29 | $0.00 | $0.00 | $0.00 |
| 40 | FLAGSTAR BANK | 13 | $531.00 | $531.00 | $0.00 | $0.00 |
| 41 | BILL ME LATER, INC AS SERVICER FOR SYNCHRONY BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 42 | MIDFIRST BANK | 13 | $350.00 | $350.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 03/01/2018 | 28.00 | $0.00 |
| 07/01/2020 | Paid to Date | $17,394.50 |
| 08/01/2020 | 3.00 | $754.00 |
| 11/01/2020 | 28.00 | $770.00 |
| 03/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $10,035.00 |
| Total paid to creditors this period: | $8,463.84 |
| Undistributed Funds on Hand: | $708.35 |
| Arrearages: | ($713.00) |
| Attorney: | ANDREW T. ARCHER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**