Certificate Number: 15317-NJ-DE-037182014

Bankruptcy Case Number: 18-12291



15317-NJ-DE-037182014

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 14, 2023, at 6:31 o'clock AM PST, Eric T Blair completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 14, 2023                    By:    /s/Janice Morla

                                             Name:  Janice Morla

                                             Title: Counselor