| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Eric Blair<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1107<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Melissa Blair<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–4567<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   18–12291–ABA | | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Eric Blair
aka Eric T. Blair

Melissa Blair
aka Melissa J. Blair, aka Melissa J. Passarelli

<u>4/20/23</u>

**By the court:** <u>Andrew B. Altenburg Jr.</u>
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W                              **Chapter 13 Discharge**                              page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-12291-ABA
Eric Blair  Chapter 13
Melissa Blair
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 5
Date Rcvd: Apr 20, 2023      Form ID: 3180W      Total Noticed: 59

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 22, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Eric Blair, Melissa Blair, 106 Grant Avenue, Moorestown, NJ 08057-1519 |
| cr | + | Brett Wiltsey Esq. City Gloucester City, c/o Dilworth Paxson LLP, 457 Haddonfield Rd Ste 700, Cherry Hill, NJ 08002-2201 |
| cr | + | FLAGSTAR BANK, FSB, Phelan Hallinan & Schmieg, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | LAKEVIEW LOAN SERVICING, LLC, PHELAN HALLINAN DIAMOND & JONES, PC, 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| cr | + | USAA Federal Savings Bank, Weinstein & Riley, P.S., 2001 Western Ave, Suite 400, Seattle, WA 98121-3132 |
| 517318146 | + | CCMUA, 1645 Ferry Avenue, Camden, NJ 08104-1360 |
| 517318150 | + | Firstmark Svcs/rbs Cit, 121 S 13th St Ste 201, Lincoln, NE 68508-1911 |
| 517318155 | + | McCabe, Weisberg & Conway, PC, 216 Haddon Avenue Suite 201, Collingswood, NJ 08108-2818 |
| 517318161 | + | Phelan Hallinan Diamond and Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517318163 | + | Pingora Loan Servicing, LLC, 1755 Blake Street, Suite 200, Denver, CO 80202-1479 |
| 517318166 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517318165 | + | Seton Hall University - Office of Bursar, 400 S Orange Ave, South Orange, NJ 07079-2697 |
| 517435317 | | State of New Jersey, Department of Treasury, Division of Taxation, PO Box 245, Trenton, NJ 08695-0245 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 20 2023 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 20 2023 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: WFFC.COM | Apr 21 2023 00:25:00 | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, 1451 Thomas Langston Rd., Winterville, NC 28590-8872 |
| 517318141 | + | EDI: TSYS2 | Apr 21 2023 00:25:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 517456162 | + | EDI: WFNNB.COM | Apr 21 2023 00:25:00 | COMENITY CAPITAL BANK, C/O Weinstein & Riley P.S., 2001 Western Ave Ste. 400, Seattle, WA 98121-3132 |
| 517318142 | + | EDI: CAPITALONE.COM | Apr 21 2023 00:25:00 | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517441192 | | EDI: CAPITALONE.COM | Apr 21 2023 00:25:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 517318145 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |

Case 18-12291-ABA   Doc 89   Filed 04/22/23   Entered 04/23/23 00:14:27   Desc Imaged
Certificate of Notice   Page 4 of 7

| District/off: 0312-1 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 59 |

| | | | |
|---|---|---|---|
| | | Apr 20 2023 20:46:41 | Cardworks/CW Nexus, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 517318147 | + Email/Text: clientservices@credit-control.com | Apr 20 2023 20:36:00 | Central Loan Admin & R, 425 Phillips Blvd, Ewing, NJ 08618-1430 |
| 517318148 | + EDI: WFNNB.COM | Apr 21 2023 00:25:00 | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517456376 | + EDI: LCIPHHMRGT | Apr 21 2023 00:25:00 | Evolve Bank and Trust, C/O PHH Mortgage Corporation, One Mortgage Way Mailstop SBRP, Mt. Laurel, New Jersey 08054-4637 |
| 517450478 | Email/Text: ECF@fayservicing.com | Apr 20 2023 20:35:00 | Fay Servicing, LLC, Bankruptcy Department, 3000 Kellway Dr., Ste 150, Carrollton, TX 75006 |
| 517959750 | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 20:36:00 | FLAGSTAR BANK, FSB, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 517959751 | Email/Text: cashiering-administrationservices@flagstar.com | Apr 20 2023 20:36:00 | FLAGSTAR BANK, FSB, FLAGSTAR BANK, FSB, 5151 CORPORATE DRIVE, TROY, MI 48098-2639, FLAGSTAR BANK, FSB, FLAGSTAR BANK, FSB |
| 517455668 | Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:35 | LVNV Funding, LLC its successors and assigns as, assignee of Santander Consumer USA, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517318153 | + Email/PDF: resurgentbknotifications@resurgent.com | Apr 20 2023 20:46:57 | LVNV Funding/Resurgent Capital, Po Box 10497, Greenville, SC 29603-0497 |
| 517318154 | + Email/Text: BKNotice@ldvlaw.com | Apr 20 2023 20:35:00 | Lyons, Doughty and Veldhuis, P.C., PO Box 1269, Mount Laurel, NJ 08054-7269 |
| 517452165 | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 20 2023 20:46:32 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518714110 | + EDI: AISMIDFIRST | Apr 21 2023 00:25:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6077, MidFirst Bank, Bankruptcy Department 73118-6051 |
| 518714109 | + EDI: AISMIDFIRST | Apr 21 2023 00:25:00 | MidFirst Bank, Bankruptcy Department, 999 NW Grand Boulevard, #110, Oklahoma City, OK 73118-6051 |
| 517318157 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 20:36:00 | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517369466 | + Email/Text: bankruptcydpt@mcmcg.com | Apr 20 2023 20:36:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 517318159 | + EDI: LCIPHHMRGT | Apr 21 2023 00:25:00 | Mortgage Service Center, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 517395007 | EDI: PRA.COM | Apr 21 2023 00:25:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 517456844 | + Email/Text: BKelectronicnotices@cenlar.com | Apr 20 2023 20:35:00 | Pingora Loan Servicing, LLC, c/o Cenlar FSB, 425 Phillips Boulevard, Ewing, NJ 08618-1430 |
| 517434230 | EDI: Q3G.COM | Apr 21 2023 00:25:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518139488 | + Email/Text: bncmail@w-legal.com | Apr 20 2023 20:36:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518139489 | + Email/Text: bncmail@w-legal.com | Apr 20 2023 20:36:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |

Case 18-12291-ABA    Doc 89    Filed 04/22/23    Entered 04/23/23 00:14:27    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-1 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 59 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517691851 | + | Email/Text: bkteam@selenefinance.com | Apr 20 2023 20:35:00 | Selene Finance LP, Bankruptcy Department, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042, Selene Finance LP, Bankruptcy Department 77042-4546 |
| 517691850 | + | Email/Text: bkteam@selenefinance.com | Apr 20 2023 20:35:00 | Selene Finance LP, Bankruptcy Department, 9990 Richmond Ave, Suite 400 South, Houston, TX 77042-4546 |
| 517318167 | + | EDI: RMSC.COM | Apr 21 2023 00:25:00 | Syncb/Ashley Homestore, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517319545 | + | EDI: RMSC.COM | Apr 21 2023 00:25:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517318168 | + | EDI: RMSC.COM | Apr 21 2023 00:25:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 517456160 | + | Email/Text: bncmail@w-legal.com | Apr 20 2023 20:36:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517318169 | + | EDI: WTRRNBANK.COM | Apr 21 2023 00:25:00 | Target, C/O Financial & Retail Srvs, Mailstopn BT POB 9475, Minneapolis, MN 55440-9475 |
| 517403334 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 20 2023 20:35:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 517318171 | + | EDI: USAA.COM | Apr 21 2023 00:25:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517441557 | + | Email/Text: RASEBN@raslg.com | Apr 20 2023 20:35:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz, Schneid, Crane, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517456123 | + | Email/Text: RASEBN@raslg.com | Apr 20 2023 20:35:00 | USAA SAVINGS BANK, c/o Robertson Anschutz Schneid Crane & P, 10700 Abbott's Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 517318170 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Apr 20 2023 20:35:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |
| 517318172 | + | EDI: USAA.COM | Apr 21 2023 00:25:00 | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517318175 | + | Email/Text: bankruptcy@webbank.com | Apr 20 2023 20:35:00 | Webbank/Gettington, 215 S State St, Ste 1000, Salt Lake City, UT 84111-2336 |
| 517318176 | + | EDI: WFFC2 | Apr 21 2023 00:25:00 | Wells Fargo Bank, Po Box 10438, Macf8235-02f, Des Moines, IA 50306-0438 |
| 517374225 | | EDI: WFFC2 | Apr 21 2023 00:25:00 | Wells Fargo Bank, N.A., Wells Fargo Education Financial Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 517435564 | | EDI: WFFC2 | Apr 21 2023 00:25:00 | Wells Fargo Bank, N.A., d/b/a WFDS, P.O. Box 19657, Irvine, CA 92623-9657 |
| 517318177 | + | EDI: WFFC2 | Apr 21 2023 00:25:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, Po Box 19657, Irvine, CA 92623-9657 |

TOTAL: 46

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517318143 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 517318144 | *+ | Capital One, Attn: General Correspondence/Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

Case 18-12291-ABA    Doc 89    Filed 04/22/23    Entered 04/23/23 00:14:27    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-1 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Apr 20, 2023 | Form ID: 3180W | Total Noticed: 59 |

| | | |
|---|---|---|
| 517318149 | *+ | Comenity Bank, Po Box 182125, Columbus, OH 43218-2125 |
| 517318156 | *+ | McCabe, Weisberg & Conway, PC, 216 Haddon Avenue Suite 201, Collingswood, NJ 08108-2818 |
| 517318158 | *+ | Midland Funding, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 517318160 | *+ | Mortgage Service Center, Attn: Bankruptcy Dept, Po Box 5452, Mt Laurel, NJ 08054-5452 |
| 517318162 | *+ | Phelan Hallinan Diamond and Jones, PC, 400 Fellowship Road, Mount Laurel, NJ 08054-3437 |
| 517318164 | *+ | Pingora Loan Servicing, LLC, 1755 Blake Street, Suite 200, Denver, CO 80202-1479 |
| 517318173 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517318174 | *+ | Usaa Svg Bk, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 517318151 | ##+ | Gloucester City, 512 Monmouth Street, Gloucester City, NJ 08030-1793 |
| 517318152 | ##+ | Gloucester City Taxation, 512 Monmouth Street, Gloucester City, NJ 08030-1793 |

TOTAL: 0 Undeliverable, 10 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 22, 2023            Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 20, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Alexandra T. Garcia | on behalf of Creditor Pingora Loan Servicing  LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com |
| Andrew Thomas Archer | on behalf of Joint Debtor Melissa Blair aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Andrew Thomas Archer | on behalf of Debtor Eric Blair aarcher@spillerarcherlaw.com bankruptcy@brennerlawoffice.com;mcdoherty_187750@ecf.courtdrive.com;R64966@notify.bestcase.com |
| Brett W. Wiltsey | on behalf of Creditor Brett Wiltsey Esq. City Gloucester City brett.wiltsey@obermayer.com  cct@dilworthlaw.com |
| Brian C. Nicholas | on behalf of Creditor MidFirst Bank bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Charles H. Jeanfreau | on behalf of Creditor USAA Federal Savings Bank charles.jeanfreau@mccalla.com  BNCmail@w-legal.com |
| Denise E. Carlon | on behalf of Creditor MidFirst Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth L. Wassall | on behalf of Creditor EVOLVE BANK AND TRUST ewassall@logs.com njbankruptcynotifications@logs.com;logsecf@logs.com |
| Francis T. Tarlecki | on behalf of Creditor Pingora Loan Servicing  LLC Njecfmail@mwc-law.com, ftarlecki.kashlaw@gmail.com |
| Harold N. Kaplan | on behalf of Creditor USAA FEDERAL SAVINGS BANK hkaplan@rasnj.com  kimwilson@raslg.com |
| Harold N. Kaplan | on behalf of Creditor USAA Federal Savings Bank hkaplan@rasnj.com  kimwilson@raslg.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |

District/off: 0312-1 User: admin Page 5 of 5
Date Rcvd: Apr 20, 2023 Form ID: 3180W Total Noticed: 59

Isabel C. Balboa
ecfmail@standingtrustee.com summarymail@standingtrustee.com

John R. Morton, Jr.
on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Marisa Myers Cohen
on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, jhillier@mwc-law.com

Melissa S DiCerbo
on behalf of Creditor Pingora Loan Servicing  LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com

Nicholas V. Rogers
on behalf of Creditor FLAGSTAR BANK  FSB nj.bkecf@fedphe.com

Phillip Andrew Raymond
on behalf of Creditor Selene Finance LP phillip.raymond@mccalla.com  mccallaecf@ecf.courtdrive.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 19