Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−12291−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Eric Blair
aka Eric T. Blair
106 Grant Avenue
Moorestown, NJ 08057

Melissa Blair
aka Melissa J. Blair, aka Melissa J. Passarelli
106 Grant Avenue
Moorestown, NJ 08057

Social Security No.:
xxx−xx−1107
xxx−xx−4567

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Isabel C. Balboa is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: May 9, 2023

Andrew B. Altenburg Jr.
Judge, United States Bankruptcy Court